# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re:   ROGER EUGENE HOLLAND, II<br>MARIE DAWN HOLLAND | : | Case No. 16-57353 |
| | : | Chapter 13 |
| Debtor(s) | : | Judge John E. Hoffman Jr. |

## TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN

Now comes Faye D. English, Chapter 13 Trustee, and moves this Court for Modification of Debtors' Chapter 13 Plan, pursuant to 11 U.S.C. § 1329(a) and Fed. R. Bankr. P. 3015. Support for this Motion is set forth below.

## MEMORANDUM IN SUPPORT

Debtors' Chapter 13 Plan was confirmed on March 21, 2017, and provides for a dividend of 31% to unsecured creditors. The plan has not been previously modified.

The Debtors have reported to the Trustee that there is additional disposable income due to a tax refund. The Trustee seeks to administer the sum of $6,337.00 from the Debtors' 2016 tax refund and raise the dividend paid to unsecured creditors to 58.13%. The proposed modification does not adversely affect creditors and meets the applicable commitment period of 60 months.

Wherefore, the Trustee respectfully requests that this Court enter an Order modifying the Plan as set forth above pursuant to 11 U.S.C. § 1329 and granting such other and further relief as the Court deems just and proper.

Respectfully Submitted,

/s/ Faye D. English
Faye D. English
Chapter 13 Trustee
10 West Broad Street, Suite 900
Columbus, Ohio  43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ROGER EUGENE HOLLAND, II : Case No. 16-57353
MARIE DAWN HOLLAND

: Chapter 13

Debtor(s) : Judge John E. Hoffman Jr.

## NOTICE OF MOTION TO MODIFY

Faye D. English, Chapter 13 Trustee, has filed papers with the Court to modify this case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the motion, then within within **twenty one (21) days** from the service date of the motion, you or your attorney must file with the Court a written response explaining your position at:

U.S. Bankruptcy Court
170 N. High Street
Columbus, OH 43215

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above. You must also mail a copy to all parties required to be served pursuant to the Federal and Local Rules of Bankruptcy Procedure, including the Chapter 13 Trustee at:

Faye D. English, Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Dated: 5/9/2017 /s/ Faye D. English
Faye D. English
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Motion to Modify Chapter 13 Plan was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on 5/9/2017 addressed to:

>   Roger Eugene Holland, Ii
>   Marie Dawn Holland
>   15590 King Road
>   Howard, Oh 43028

>                                         /s/ Faye D. English
>                                         Faye D. English (0075557), Chapter 13 Trustee